AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) | |
| v. | ) | |
| | ) Case No. | 22-20682-001 |
| | ) | 22-20682 |
| Tamara Smith | ) | |
| Defendant | | |

**FILED JUL 22 2024 CLERK'S OFFICE DETROIT**

**FILED JUL 22 2024 CLERK'S OFFICE DETROIT**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tamara Smith,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

The defendant failed to surrender to the United States Marshals Service (Detroit) on July 2, 2024 by 12pm (noon).

Date: 07/02/2024

*Jonathan J.C. Grey*
Issuing officer's signature

City and state: Detroit, Michigan

Jonathan J.C. Grey, United States District Judge
Printed name and title

### Return

This warrant was received on *(date)* 07/02/2024, and the person was arrested on *(date)* 07/18/2024
at *(city and state)*

Date: 07/18/2024

*B. Krisoff*
Arresting officer's signature

Belis Krisofi DUSM
Printed name and title